UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                )
                                      )
JAMES TODD LEE,                       )
DAWN LEE,                             )   BANKRUPTCY NO. 19-22682-KL
                                      )   CHAPTER 13
        DEBTORS.                      )

## OBJECTION TO POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

Comes now debtors by counsel and object to Home Point Financial Corporation's post-petition Mortgage Fees, Expenses, and Charges filed on November 14, 2019, as being excessive and not supported by an itemization of the following:

a. The description of the work performed by each attorney, their names, each attorney's hourly rate, the number of hours performed by each named attorney, and the description of the work performed by each attorney.

b. The description of work performed by each non-attorney, their names, their hourly rate, the number of hours performed by each named non-attorney and the description of the work performed by each non-attorney.

**WHEREFORE**, for the preceding reasons, debtors request that the court DENY Home Point Financial Corporation's Post-petition Mortgage Fees, Expenses and Charges.

/s/ Ricardo B. Casas
RICARDO B. CASAS
Attorney at Law
6949 Kennedy Avenue
Hammond, Indiana 46323
219-845-1122

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JAMES TODD LEE, | ) |
| DAWN LEE, | )  BANKRUPTCY NO. 19-22682-KL |
| | )  CHAPTER 13 |
| DEBTORS. | ) |

## CERTIFICATE OF SERVICE

I, the undersigned, namely, Ricardo B. Casas, an attorney licensed to practice law in the State of Indiana, do state under oath that on the **3rd day of December, 2019,** a copy of the attached **Objection to Post-petition Mortgage Fees, Expenses, and Charges** was electronically mailed to the U.S. Trustee, the Chapter 13 Trustee, Paul Chael, and sent by regular mail to the debtors at 10008-4th Street, Highland, IN 46322 and to Home Point Financial Corporation c/o Molly Slutsky Simons, Sottile & Barile, 394 Wards Corner Road, Suite 180, Loveland, OH 45140; and Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 by placing the foregoing in an envelope having proper postage and depositing the same in the U.S. Mail.

    /s/ Ricardo B. Casas
RICARDO B. CASAS

I HEREBY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE PRECEDING STATEMENT IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE, BELIEF, AND RECOLLECTION.

/s/ Ricardo B. Casas
RICARDO B. CASAS
Attorney at Law
6949 Kennedy Avenue
Hammond, IN 46323
219/845-1122