UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE )
) CASE NO: 19-22682-kl
JAMES TODD LEE )
DAWN LEE )
Debtor )

## AGREED IMMATERIAL MODIFICATION
## OF PLAN AND ORDER

Comes now Debtor(s), Chapter 13 Trustee, Paul R. Chael and Home Point Financial Corporation, Creditor, on the above-captioned Chapter 13 case and show the court that on the 4th day of November, 2019, the Debtor filed a Chapter 13 plan.

The Debtor(s), and Trustee, and Creditor hereby stipulate to the following Modification of said Plan which they deem to be immaterial, and which they hereby move the Court to approve, without further notice and opportunity for hearing by creditors and parties in interest.

It is hereby Agreed by and between the Debtor(s) and the Trustee and Creditor that said Plan be modified as follows:

**Debtor and Creditor agree that the latter shall be entitled to Postpetition Mortgage Fees, Expenses, and Charges of $600.00 and not the $900.00 stated in creditor's notice of the preceding filed on November 14, 2019.**

And the Court having examined said Stipulated Modification of the Plan, and being duly advised in the premises, finds that said proposed Modification does not materially change the treatment of creditors, reduce the dividend to unsecured creditors, extend the time for payment to unsecured creditors, or effect the feasibility of the Plan, and that said proposed Immaterial Modification should be, and is hereby approved without further notice or opportunity for hearing by any creditors, and that the holder of any claim or interest that has previously accepted or rejected the Plan, as the case may be, is deemed to have accepted the Plan as modified.

SO ORDERED.

Dated: Jan 9, 2020

_____
JUDGE, U.S. BANKRUPTCY COURT

**Distribution**
Debotr(s)
Debtor(s) Attorney
Creditor(s)' Attorney (if applicable)
Trustee
U.S. Trustee

EXAMINED AND APPROVED:

_____ 1/7/2020
Ricardo B. Casas
Attorney for Debtor(s)

_____
Paul Chael
Chapter 13 Trustee

_____ 1/7/2020
Jon Lieberman
Attorney for Creditor