**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | CASE NO: 19-22682-kl |
| James Todd Lee, | ) | |
| Dawn Lee, | ) | |
| | ) | |
| Debtors. | ) | |

**AGREED IMMATERIAL**
**MODIFICATION OF PLAN**
**AND**
**ORDER**

Comes now Debtors and Chapter 13 Trustee Chael on the above-captioned Chapter 13 case and show the court that on the 4th day of November, 2019, the Debtors filed a Chapter 13 plan.

The Debtors and Trustee hereby stipulate to the following Modification of said Plan which they deem to be immaterial, and which they hereby move the Court to approve, without further notice and opportunity for hearing by creditors and parties in interest.

It is hereby Agreed by and between the Debtors and Trustee that said Plan be modified as follows:

**Debtor shall pay the priority claim of $6,903.54 at $134.00 per month directly to the claimant, State of Florida-Child Support Enforcement.**

And the Court having examined said Stipulated Modification of the Plan, and being duly advised in the premises, finds that said proposed Modification does not materially change the treatment of creditors, reduce the dividend to unsecured creditors, extend the time for payment to unsecured creditors, or effect the feasibility of the Plan, and that said proposed Immaterial Modification should be, and is hereby approved without further notice or opportunity for hearing by any creditors, and that the holder of any claim or interest that has previously accepted or rejected the Plan, as the case may be, is deemed to have accepted the Plan as modified.

**SO ORDERED.**

Dated:_____

_____
**JUDGE, U.S. BANKRUPTCY COURT**

**Distribution**
Debotr(s)
Debtor(s) Attorney
Creditor(s)' Attorney (if applicable)
Trustee
U.S. Trustee

EXAMINED AND APPROVED:

_/s/ Ricardo B. Casas_
Ricardo B. Casas
Attorney for Debtor(s)

_/s/ Julia Hoham_
Julia Hoham
Attorney for Paul R. Chael
Standing Chapter 13 Trustee