UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: )
)
James Todd Lee )
Dawn Lee )
) CASE NO. 19-22682-kl
)
) CHAPTER 13
DEBTORS. )

## MOTION TO MODIFY PLAN, POST CONFIRMATION

Comes now the debtors, James Todd Lee and Dawn Lee and moves the Court for an order modifying the Debtors' plan, post-confirmation, and in support thereof states the following:

1. Debtors' amended plan surrenders one of their vehicles to its lienholder, provides for the change in post-petition monthly mortgage payment, and a reduction in their Bi-weekly plan payment.

WHEREFORE, Debtors' attorney prays that the Debtors' Chapter 13 plan be modified and for all other appropriate relief.

/s/ Ricardo B. Casas
RICARDO B. CASAS
Attorney at Law
6949 Kennedy Avenue, Ste. B
Hammond, IN 46323
Email: RicardoRBC@aol.com
219/845-1122

## CERTIFICATE OF SERVICE

I, the undersigned, namely, Ricardo B. Casas, an attorney licensed to practice law in the State of Indiana, do state under oath that on the 17th day of November 2020, a copy of the above was given to the U.S. Trustee, and to the Chapter 13 Trustee, Paul Chael, via electronically filing same and sent by regular mail to the **debtors** by placing the foregoing in an envelope having proper postage and depositing the same in the U.S. Mail.

/s/ Ricardo B. Casas
RICARDO B. CASAS